IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ACUITAS THERAPEUTICS, INC., *et al.*,

    Plaintiffs,

v.   Civil Action No. 3:23-cv-00764

CUREVAC SE,

    Defendant.

## ORDER

This matter comes before the Court *sua sponte*. Upon due consideration, the Court finds it in the interest of judicial efficiency to reassign this case.

The Clerk is DIRECTED to transfer this case to the Norfolk Division. Judge Jamar K. Walker is currently assigned a related case, *BioNTech SE v. CureVac SE*, 2:23cv222. Accordingly, the Clerk is DIRECTED to directly assign this matter to Judge Walker.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

Date: 11/28/23
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge